IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDOWN O. OGHOGHO, | No. CIV S-07-1570-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| OPERATING ENGINEERS LOCAL UNION NO. 3, | |
| Defendant. | |
| _____/ | |

Plaintiff, proceeding pro se, brings this civil action against the defendant, having been removed to this court by the defendant from the Superior Court of the State of California, for the County of Sacramento. Currently before this court is an initial scheduling conference set for January 15, 2008, at 10:00 a.m. in Redding, California.

In reviewing this case, it has been noted that the plaintiff resides in Sacramento County. Therefore, this case should have been assigned to a magistrate judge in Sacramento, not to the undersigned. This case will be referred back to the Clerk of the Court for an assignment to a Sacramento magistrate judge. Therefore, the initial scheduling conference set for January 15, 2008, will be taken off calendar, to be reset before the new magistrate judge assigned.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to reassign this matter to a magistrate judge in Sacramento; and

2. The initial scheduling conference set for January 15, 2008 is off calendar, to be reset before the new magistrate judge assigned.

DATED: January 11, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE