IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IDOWU O. OGHOGHO,

        Plaintiff,

    v.

OPERATING ENGINEERS
LOCAL 3, DISTRICT 80, et al.,

        Defendants.

                              /

No. CIV S-07-1570 LKK DAD PS

ORDER RESETTING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE

        Upon removal of this action from Sacramento County Superior Court in August 2007, the case was assigned to United States District Judge Lawrence K. Karlton.  Pursuant to Local Rule 72-302(c)(21), the case was also referred to a magistrate judge for all purposes encompassed by that provision and was assigned to United States Magistrate Judge Craig M. Kellison, who sits in Redding, California.  In accordance with Magistrate Judge Kellison's order filed January 11, 2008, the case has been reassigned to Magistrate Judge Dale A. Drozd, and the initial scheduling conference set for January 15, 2008 before Magistrate Judge Kellison has been taken off calendar.

        Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

        1.  A Status (Pretrial Scheduling) Conference is set for **February 8, 2008, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Drozd.

1

2. All parties are required to appear at the Status Conference by counsel or, if acting without counsel, in person. Parties may appear at the conference telephonically. To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than three days before the Status (Pretrial Scheduling) Conference.

3. The docket reflects that the parties have filed status reports. Additional status reports are not required.

4. Rule 4(m) of the Federal Rules of Civil Procedure provides that **an action may be dismissed as to any defendant if service of process is not effected on the defendant within 120 days after the complaint was filed**. If plaintiff has not complied with the 120-day time limit as to all defendants, unserved defendants are now subject to dismissal.

DATED: January 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\oghogho1570.ossc

2