IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IDOWU O. OGHOGHO,

        Plaintiff,

   v.

OPERATING ENGINEERS
LOCAL 3 DISTRICT 80, et al.,

        Defendants.
                                /

No. CIV S-07-1570 LKK DAD PS

ORDER

        Before the court is a deficient motion filed by the pro se plaintiff. The motion has not been noticed for hearing, does not include a memorandum of points and authorities in support of the motion, and is not accompanied by a proposed second amended complaint incorporating the proposed reduction in plaintiff's demand for monetary relief. See Local Rules 15-220 and 78-230.

        Plaintiff's motion was placed in the court's drop box on the night of Monday February 11, 2008. Pursuant to court order, a status (pretrial scheduling) conference was held in this case on Friday February 8, 2008. Plaintiff failed to appear at the status conference, despite the fact that the order setting status conference required plaintiff to appear either in person or by telephone. If plaintiff had made the required appearance, he would have had an opportunity to discuss the proposed amendment and would have been advised that it is unnecessary to amend his pleading in order to reduce his demand for damages. Plaintiff's motion will be denied as defective and unnecessary.

Plaintiff is informed that

> [a]ny individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules.[1] All obligations placed on "counsel" by these Local Rules apply to individuals appearing in propria persona. Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules.

Local Rule 83-183(a). Failure of a party to comply with the Local Rules or with any court order "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 11-110.

With regard to motions, plaintiff is referred to Local Rule 78-230, which governs civil motion calendars and procedure. A party filing a motion is required to notice the motion for hearing on an available date on the motion calendar of the appropriate judge. Local Rule 78-230(a) and (b). Because this case has been referred to the Magistrate Judge pursuant to Local Rule 72-302(c)(21), all motions must be noticed, briefed, and argued before the Magistrate Judge. Local Rule 78-230(l).

Concurrently with this order, the court issues a pretrial scheduling order. Plaintiff is advised to read the order carefully and heed the deadlines set therein.

IT IS ORDERED that plaintiff's February 11, 2008 motion to amend demand is denied.

DATED: February 21, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\oghogho1570.mta.den

---

[1] The Local Rules are available on the court's web site at www.caed.uscourts.gov/caed and may also be obtained from the Clerk of the Court in Sacramento. The telephone number for the Clerk's Office is (916) 930-4000.