IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IDOWU O. OGHOGHO,

    Plaintiff,                    NO. CIV S-07-1570 LKK DAD PS

    v.

OPERATING ENGINEERS           ORDER
LOCAL 3 DISTRICT 80, et al.,

    Defendants.
_____/

        The pro se plaintiff has filed his response to defendants' first set of interrogatories, his response to defendants' first request for production of documents, and 64 pages of exhibits.

        Local Rule 33-250(c) provides that responses to interrogatories shall not be filed with the Clerk until there is a proceeding in which the interrogatories are at issue. Local Rule 34-250(c) provides that responses to requests for production shall not be filed with the Clerk until there is a proceeding in which the responses are at issue. See also Local Rules 30-250(a), 36-250(c) & 45-250(d). There is no motion or other proceeding in which plaintiff's discovery responses are at issue at this time. The improperly filed documents will be disregarded.

        This is not the first occasion on which the plaintiff has violated a court order or a Local Rule. By order filed February 21, 2008, plaintiff's motion to amend was denied for failure to comply with Local Rules 15-220 and 78-230, and plaintiff was advised that he had violated a court order when

1

1 he failed to appear at the February 8, 2008 status conference.  Plaintiff was informed that an individual
2 representing himself without an attorney is bound by the Federal Rules of Civil Procedure and this
3 court's Local Rules.  Plaintiff was also provided with information about obtaining a copy of the court's
4 Local Rules or viewing the Rules on the court's web site.  Plaintiff was cautioned that failure to
5 comply with a court order or any applicable rule may be ground for dismissal or any other sanction
6 authorized by statute or rule or within the inherent power of the court.  Plaintiff is now cautioned for
7 the second time that failure to comply with a court order or any applicable rule may be ground for
8 dismissal or any appropriate sanction.  As violations of rules and orders accumulate, sanctions will
9 grow more severe.

10         IT IS ORDERED that all three documents filed by plaintiff on May 1, 2008 (docket
11 numbers 29, 30, and 31) will be disregarded by the court.

12 DATED: May 6, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\oghogho1570.discresp.ord