IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IDOWU O. OGHOGHO,

    Plaintiff,    No. CIV S-07-1570 LKK DAD PS

    v.

OPERATING ENGINEERS    ORDER
LOCAL 3 DISTRICT 80,

    Defendant.
_____/

    This matter came before the court on September 19, 2008, for hearing on defendant's motion for summary judgment or, in the alternative, summary adjudication. Plaintiff Idowu O. Oghogho, proceeding pro se, appeared on his own behalf. Kenneth C. Absalom, Esq. appeared as counsel for defendant.

    For the reasons stated in open court, IT IS ORDERED that:

    1. Plaintiff is granted an opportunity to respond to the facts itemized in defendant's Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment (Doc. No. 56). See Local Rule 56-260(b). If plaintiff chooses to respond to defendant's facts, plaintiff is directed to respond to all 53 facts, identify each fact by number, and admit or deny the fact. If plaintiff denies a fact, he must cite evidence on file that supports his denial. Plaintiff may not offer argument in lieu of or in addition to the citation of evidence

1  supporting a denial.  Any response to defendant's facts shall be filed and served by plaintiff
2  within twenty (20) days after September 19, 2008.  If no response is timely filed by plaintiff, the
3  court will deem all of defendant's itemized facts admitted.

4        2.  Defendant's reply to plaintiff's opposition shall be filed and served within
5  fifteen (15) days after plaintiff files and serves a response to defendant's itemized facts or, if
6  plaintiff does not file such a response, within fifteen (15) days after the expiration of plaintiff's
7  time to file a response; defendant may request an extension of time to file the reply.

8        3.  Defendant's Declaration of Counsel in Support of Motion for Summary
9  Judgment and accompanying exhibits, cited in support of defendant's Undisputed Fact 53, shall
10 be filed and served forthwith.

11       4.  Upon the filing of defendant's reply to plaintiff's opposition, defendant's
12 motion for summary judgment or summary adjudication will stand submitted for findings and
13 recommendations.  No further briefing or evidence may be filed by plaintiff or defendant.

14       5.  Due to the late filing of plaintiff's opposition and the further briefing permitted
15 by this order, and with the approval of the assigned district judge, Final Pretrial Conference set
16 for November 17, 2008 and Jury Trial set for February 18, 2009 before the Honorable Lawrence
17 K. Karlton are hereby vacated to be rescheduled if necessary following disposition of the motion
18 for summary judgment now before the court.

19 DATED: September 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

23 DAD:kw
ddad1\orders.pro se\oghogho1570.oah.091908