IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IDOWU O. OGHOGHO,

        Plaintiff,                   No. CIV S-07-1570 LKK DAD PS

    vs.

OPERATING ENGINEERS
LOCAL 3 DISTRICT 80,               ORDER

        Defendant.
_____/

        Plaintiff, proceeding pro se, filed the above-entitled action seeking relief pursuant to 42 U.S.C. § 1983 and Title VII as well as state law. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On January 28, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff filed timely objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 28, 2009, are adopted in full;

2. Defendant's August 18, 2008 motion for summary judgment (Doc. No. 54) is granted; and

3. This action is dismissed.

DATED: March 11, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT